373 A.2d 454
COMMONWEALTH of Pennsylvania
v.
Michael COLLIER, Appellant (two cases).

Supreme Court of Pennsylvania.
Argued Nov. 20, 1975.
Decided June 3, 1977.

Daniel H. Greene, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Div., Benjamin Levintow, Philadelphia, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Judgment of sentence affirmed.

JONES, former C. J., did not participate in the consideration or decision of this case.

ROBERTS, J., filed a dissenting opinion in which MANDERINO, J., joins.

ROBERTS, Justice, dissenting.

I dissent, Appellant's statements were admitted in violation of Pa.R.Crim.P. 130; see *Commonwealth v. Cherry*, 457 Pa. 201, 321 A.2d 611 (1974); *Commonwealth v. Futch*, 447 Pa. 389, 290 A.2d 417 (1972). I would there-

fore reverse the judgment of sentence and grant appellant a new trial.

MANDERINO, J., joins in this dissenting opinion.